AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

GUESTHOUSE HOTEL & SUITES, INC
    Plaintiff,

V.

COMMAND MANAGEMENT SERVICES, INC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05CV790-B

TO: (Name and address of defendant)
Command Management Services, Inc
411 South West 2nd Avenue
Suite 200
Portland, OR 97204

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Jay Lewis
Law Offices of Jay Lewis, LLC
847 South McDonough St., Suite 100
Montgomery, AL 36104

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

(BY) DEPUTY CLERK

DATE 8/24/05