UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **GUESTHOUSE HOTEL & SUITES, INC.,** | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 2:05-cv-790-B |
| **COMMAND MANAGEMENT SERVICES, INC.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**CORPORATE DISCLOSURE STATEMENT OF GUEST HOUSE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, GuestHouse Hotel and Suites, Inc., states the name of the parent company is "Hotel Corporation of Montgomery d/b/a Guest House Inn Hotel and Suites," and there are no publically traded shares of stock.

Dated this the _15__ day of September, 2005.

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
Attorney for Plaintiff
P.O. Box 5059
Montgomery, Alabama, 36104
334-263-7733 (voice)
334-263-7733 (fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J