UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **GUESTHOUSE HOTEL & SUITES, INC.,** | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 2:05-cv-790-B |
| **COMMAND MANAGEMENT SERVICES, INC.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ANSWER TO COUNTERCLAIMS**

COMES NOW Plaintiff, Guest House Inn Hotel & Suites ("Guest House"), and answers the defendant's counterclaims as follows:

1. The allegations of paragraph 1 are admitted.

2. The allegations of paragraph 2 are denied.

3. Plaintiff agrees that paragraph 3 accurately quotes a portion of the subcontract.

4. Plaintiff agrees that paragraph 4 accurately quotes a portion of the subcontract.

5. The allegations of paragraph 5 are admitted.

6. The allegations of paragraph 6 are admitted.

7. The allegations of paragraph 7 are denied.

8. The allegations of paragraph 8 are denied and, further, are irrelevant to this action.

9. The allegations of paragraph 9 are denied and, further, are irrelevant to this action.

10. The allegations of paragraph 10 are denied, except that Plaintiff admits that the employment of its kitchen manager was terminated.

11. Plaintiff is without sufficient information to either admit or deny the allegations of

paragraph 11.

12. Plaintiff is without sufficient information to either admit or deny the allegations of paragraph 12.

13. The allegations of paragraph 13 are denied and, further, are irrelevant to this action.

14. The allegations of paragraph 14 are denied and, further, are irrelevant to this action.

15. The allegations of paragraph15 are denied, except that Plaintiff offered to perform certain work as set forth in this paragraph.

16. The allegations of paragraph 16 are denied.

17. The allegations of paragraph 17 are denied.

18. The allegations of paragraph 18 are denied.

19. The allegations of paragraph 19 are denied.

20. The allegations of paragraph 20 are denied.

21. The allegations of paragraph 21 are denied.

22. The allegations of paragraph 22 are denied.

23. The allegations of paragraph 23 are denied.

24. The allegations of paragraph 24 are denied.

25. The allegations of paragraph 25 are denied.

26. The allegations of paragraph 26 are denied.

27. The allegations of paragraph 27 are denied.

28. The allegations of paragraph 28 are admitted.

29. The allegations of paragraph 29 are denied.

30. The allegations of paragraph 30 are denied, except that Plaintiff admits that such a letter was written by counsel.  Plaintiff moves to strike this paragraph from the pleadings as

        constituting inadmissible evidence of compromise under Rule 408, F.R.Evid.

31. The allegations of paragraph 31 are denied.

32. The allegations of paragraph 32 are denied.

33. The allegations of paragraph 33 are denied.

34. This paragraph requires no response from Plaintiff.

35. The allegations of paragraph 34 are admitted.

36. The allegations of paragraph 36 are denied.

37. The allegations of paragraph 37 are denied.

38. The allegations of paragraph 38 are denied.

39. This paragraph requires no response from Plaintiff.

40. The allegations of paragraph 40 are denied.

41. The allegations of paragraph 41 are denied.

42. This paragraph requires no response from Plaintiff.

43. The allegations of paragraph 43 are denied.

44. The allegations of paragraph 44 are denied.

45. The allegations of paragraph 45 are denied.

46. The allegations of paragraph 46 are denied.

47. The allegations of paragraph 47 are denied.

48. The allegations of paragraph 48 are denied.

49. The allegations of paragraph 49 are denied.

50. Plaintiff denies that the defendant is entitled to any of the relief requested in paragraphs 1-5 of its *ad damnum* prayer.

Dated this the _19_ day of September, 2005.

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
Attorney for Plaintiff
P.O. Box 5059
Montgomery, Alabama, 36104
334-263-7733 (voice)
334-263-7733 (fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of September, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel, OR I placed a copy of the same in the United States mail, postage prepaid and properly addressed to the following parties or counsel:

Mark R. Mann, Esq.
Grayson & Kubli, P.C.
1420 Spring Hill Road, Suite 230
McLean, VA 22102

/s/ JAY LEWIS
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Counsel for Plaintiff