UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2005 SEP 19  P 12: 23

| | |
|---|---|
| GUESTHOUSE HOTEL & SUITES, INC., ) <br> Plaintiff/Counter Defendant, ) <br> ) <br> v. ) <br> ) <br> COMMAND MANAGEMENT ) <br> SERVICES, INC., ) <br> ) <br> Defendant/Counter Plaintiff. ) <br> ) | Civil Action No. 2:05-CV-0790-B |

## MOTION FOR ADMISSION *PRO HAC VICE*

Mark R. Mann, Esq., the undersigned counsel for the Defendant/Counter Plaintiff, pursuant to L.R. 83.1(b), files this Motion for Admission *Pro Hac Vice*, and states as follows:

1. I am admitted to practice in the State of Indiana (Bar No. 20625-82), the State of North Carolina (Bar No. 25120), and the Commonwealth of Virginia (Bar No. 66657).

2. In addition, I have been admitted to practice before the United States District Court for the Eastern District of Indiana, the United States Court of Federal Claims, and the United States District Court for the Southern District of Indiana.

3. I have enclosed the requisite Certificate of Good Standing from the United States District Court for the Eastern District of Virginia, a court in which I regularly practice, and a check for twenty (20) dollars made payable to the Clerk of the Court for the Middle District of Alabama.

**WHEREFORE**, Mark. R. Mann, Esq., respectfully requests to be admitted *pro hac vice* to practice before the United States District Court for the Middle District of Alabama in the above captioned case.

Respectfully submitted,

_____
Mark R. Mann, Esq.
GRAYSON & KUBLI, P.C.
1420 Spring Hill Road, Suite 230
McLean, Virginia 22102
Ph. (703) 749-0000
Fax (703) 442-8672

Counsel for Defendant/Counter Plaintiff

## CERTIFICATE OF SERVICE

I certify that on this /6th day of September 2005 a copy of the foregoing Motion for Admission *Pro Hac Vice* was served via U.S. Mail, postage prepaid, upon:

Jay Lewis
Law Office of Jay Lewis
847 South McDonough St. Suite 100
Montgomery, Alabama 36104
Counsel for Plaintiff/Counter Defendant

Vika Martin