AO 136 (Rev. 9/98) Certificate of Good Standing

## UNITED STATES DISTRICT COURT

Eastern    DISTRICT OF    Virginia

**CERTIFICATE OF GOOD STANDING**

I, _Elizabeth H. Paret_, Clerk of this Court,

certify that _Mark Robert Mann_, Bar # 66657,

was duly admitted to practice in this Court on

_11/05/04_, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at _Alexandria, VA_ on _09/14/05_.
         LOCATION                DATE

Elizabeth H. Paret
CLERK

DEPUTY CLERK