UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GUESTHOUSE HOTEL & SUITES, INC., )<br>Plaintiff/Counter Defendant, )<br> )<br>v. )<br> )<br>COMMAND MANAGEMENT )<br>SERVICES, INC., )<br> )<br>Defendant/Counter Plaintiff. ) | Civil Action No. 2:05-CV-0790-B |

**ORDER**

The Court, having considered the Motion for Admission *Pro Hac Vice*, now finds that said Motion shall be, and is hereby **GRANTED** this _____ day of September 2005. It is therefore:

**ORDERED** that Mark R. Mann, Esq., being duly admitted to practice before the United States District Court for the Eastern District of Virginia, is hereby admitted to practice before this Court *pro hac vice* in the above captioned litigation.

_____
Judge, United States District Court
for the Middle District of Alabama

copies: counsel of record