UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GUESTHOUSE HOTEL & SUITES, INC.,<br>Plaintiff/Counter Defendant,<br><br>v.<br><br>COMMAND MANAGEMENT<br>SERVICES, INC.,<br><br>Defendant/Counter Plaintiff. | Civil Action No. 2:05-CV-0790-B |

## CORPORATE DISCLOSURE STATEMENT

By Order of this Court, (Civil Misc. No. 3047), the undersigned counsel for Command Management Services, Inc. ("Command"), in the above captioned case, certifies that Command is a privately held corporation, with no subsidiaries or parent companies, and has not issued any shares for public offering.

Respectfully submitted,

/s/ Mark R. Mann
Mark R. Mann, Esq.
GRAYSON & KUBLI, P.C.
1420 Spring Hill Road, Suite 230
McLean, Virginia 22102
Ph. (703) 749-0000
Fax (703) 442-8672

Counsel for Defendant/Counter Plaintiff

## CERTIFICATE OF SERVICE

I certify that on this 16th day of September 2005 a copy of the foregoing Corporate Disclosure Statement was served via U.S. Mail, postage prepaid, upon:

Jay Lewis
Law Office of Jay Lewis
847 South McDonough St. Suite 100
Montgomery, Alabama 36104
Counsel for Plaintiff/Counter Defendant

_/s/ Vika Martin_
Vika Martin