

# DEPARTMENT OF DEFENSE
MONTGOMERY MILITARY ENTRANCE PROCESSING STATION
705 MCDONALD, MAXWELL AIR FORCE BASE GUNTER ANNEX
MONTGOMERY, AL 36114-3110

MEMORANDUM FOR Director of Contracting          8 Jul 04
    Attn: ATZK-DCA (Rodney Meeks)
    Bldg 1109B, Rm 250
    Fort Knox KY 40121-5000

FROM: Montgomery MEPS

SUBJECT: Contract Number DABK21-03-D-0041

1. Inspection of subject contract was performed for the period 1 – 30 Jun 04 in accordance with the contract's Statement of Work and Surveillance Plan to determine compliance with the performance requirement summary.

    ( ) a. Performance for the month was satisfactory.

    (x) b. Performance for the month was unsatisfactory. Inspection checklist with supporting documentation is enclosed.

    ( ) c. Other remarks. See attached inspection checklists

2. POC is the undersigned at DSN 596-6377, ext. 202; or commercial (334) 416-6377, ext. 202.

                           TYRONE B. CRAWFORD
                           SMSgt, USAF
                           Contracting Officer's Representative



MAILED

AUG 2 1 20__

*Attach 4*

2

| INSPECTION CHECKLIST FOOD SERVICE FACILITY  For use of this form, see USMEPCOM Reg 715-3 ||||| Page 1 of 2 Pages |
|---|---|---|---|---|---|
| CONTRACT NUMBER  DABK21-03-D-0041 | CONTRACTOR  Guesthouse Inn & Suites  Montgomery AL || QAE/COR  Jack Weldon || DATE  29 JUNE 04 |
| ITEM  General:  Screens | CONTRACT SPEC NO. | SAT | UNSAT || REMARKS |
| Floors | done immediately | ✓ ||| floors in kitchen dirty |
| Work Areas  Serving Areas:  Steam Tables | new ceiling tiles completed by 7/11/04 | ✓ ||| ceiling tiles broken/dirty/ missing; wall needs repair |
|  | Cleaned immediately | ✓ ||| (old food in steam tables) (water containers) |
| Proper Utensils || ✓ |||  |
| Food Receptables || ✓ |||  |
| Dishes || ✓ |||  |
| Tableware ||||||
| Food Preparation Area:  Refrigerators | cleaned immediately  cleaned immediately | ✓ ||| Empty used cups and drinks on refrigerators  old Dish rags stored on serving tables |
| Freezers || ✓ |||  |
| Dry Storage Rooms | Cleaned immediately | ✓ ||| crackers stored on floor under serving tables |
| Floors | Cleaned immediately | ✓ ||| rotten fruit on floors in Freezer Area |
| Tables, Sink & Racks || ✓ |||  |
| Meat Blocks | Replace with Rubber matt ||| ✓ | dish towels under meat cutting block |
| Hand Washing Facilities || ✓ |||  |
| Toilet Supplies || ✓ |||  |
| Toilet Doors | Replace door by 7/10/04 | ✓ ||| Door on toilet in kitchen will not close |
| Dining Areas:  Tables | Replaced immediately ||||  (Dirty Tablecloths/food under the tables  fruit flies everywhere |
|  | ✓ ||||| |
| Chairs | Repaired wall + painted ||||  wall has holes need trim replaced ) |
| Plate/Trays || ✓ |||  |
| Food/Drink Recepticles || ✓ |||  |
| Tableware || ✓ |||  |

USMEPCOM Form 715-3-6-R-E, 1 Jun 95   Staff Bathrooms   Previous editions of this form are obsolete

Note: Kitchen walls + ceiling schedule for painting on 7/12/04 and to be completed by 7/26/04.

| INSPECTION CHECKLIST FOOD SERVICE FACILITY | | | | Page 2 of 2 Pages |
|---|---|---|---|---|
| CONTRACT NUMBER | CONTRACTOR | QAE/COR | | DATE |
| DABK21-03-D-0041 | Guesthouse Inn & Suites Montgomery AL | Jack Weldon | | 29 Jun 04 |

| ITEM | CONTRACT SPEC NO. | SAT | UNSAT | REMARKS |
|---|---|---|---|---|
| Dining Areas (continued) | | | | |
| Napkins | | ✓ | | |
| Dispensers | | ✓ | | |
| Equipment: | | | | |
| Dishwashing Equipment | | ✓ | | |
| Milk Dispensers | | ✓ | | |
| Stoves/Ovens | Cleaned immediately | | ✓ | slime and bugs on the back tray of ovens |
| Food Containers | | ✓ | | |
| Deep Fryers | | ✓ | | |
| Grills | Ordered new pot holders 7/10/04 | | ✓ | old dish rags stored in the grill area |
| Garbage Containers | | ✓ | | |
| Grease Traps (if applicable) | | ✓ | | |
| Food Transportation Equipment (if applicable) | | N/A | | |
| Employees: | | | | |
| Clothing | | ✓ | | |
| Hairnets | | ✓ | | |
| Preemployment Medical Exam | | ✓ | | |
| Fire & Safety: | | | | |
| Fire Extinguishers | | ✓ | | |
| Smoke Alarms | | ✓ | | |
| Electrical Wiring/Outlets Fire Hazard | Replaced immediately | | | cover missing on breaker box |

USMEPCOM Form 715-3-6-R-E, 1 Jun 96

# FAX    FAX    FAX    FAX    FAX

## COMMAND MANAGEMENT SERVICES, INC.

DATE: 14 JUL 04        TIME: 15:23

TO: Tom Moore, guest   FROM: Ruth Myers
OF: Embassy Suites     FAX #: 1-702-893-0378

# OF PAGES: 8           ___ Urgent   ___ For Review
(Including cover sheet)  ___ Please Reply

RE: _____

MESSAGE: Please hold for Mr. Moore. He should be arriving around 7:00 PM tonight.

Thank you —

**COMMAND MANAGEMENT SERVICES, INC.**
411 SW 2ND AVE., STE 200
PORTLAND, OR 97204
503-224-5600
503-226-1359 FAX