*Montgomery*

To: Bud Kelsoe

From: Tonya Elliot
      Regional Manager

SUBJECT: Failed Kitchen inspection in Montgomery

Dear Bud,

Tom wanted me to write a follow up report on the failed kitchen inspection in Montgomery. After meeting with GM Lynne Moody I wrote the response to each deficiency beside the remarks written up by the MEPS.
Also the weekend prior to the Tuesday June 29th MEPS inspection, the hotel had 13 functions in which food was served. The kitchen manager, Pam Williams was told to do the extra cleaning to get ready for the inspection and failed to do so. Lynne wrote her up on this and several times before on failing to do her job. After failing the MEPS inspection on June 29th Pam was fired. Pam had been over several other departments in the hotel and was thought of as an excellent employee. Lynn had faith in her and gave her many chances to do as well in the kitchen but she was let down.
I am enclosing the employee disciplinary reports, from Lynne to Pam, along with the failed inspection checklist upon Toms request.

Sincerely

*Tonya Elliott*

Tonya Elliott
Regional Manager

Pages in fax – 7

**FOR APPROVAL/DISAPPROVAL/INFO**

JEFF _____

TOM _____

MONICA _____

Please return to Human Resources