



Department of the Army  
Office of the Assistant Secretary of the Army  
Acquisition Logistics and Technology  
Army Contracting Agency Southern Region  
Fort Knox Directorate of Contracting  
Building 1109B, Room 250  
Fort Knox, KY 40121-5000

19 July 2004

Attn:  Mr. James R. Meeks  
        Contacting Officer

Subject:   Performance Concerns; Contract DABT23-02-D-0060; Meals and Lodging for Montgomery, AL MEPS

Dear Mr. Meeks:

Reference your letter on July 14, 2004 advising us of a Contract Discrepancy Notice on the performance at the Montgomery, AL contract hotel.

When CMS learned of the problem, we dispatched our Regional Manager to the location to rectify the situation. A summary of her findings follows:

> On the weekend prior to the Tuesday, June 29th inspection by the COR, the hotel hosted 13 functions at which food was served. The Kitchen Manager was told by hotel management to do extra cleaning during and after the functions which she failed to do. As she had a history of poor performance in other duties, she was terminated from hotel employment, once the hotel management learned of the failed kitchen inspection of June 29th.

CMS Regional Manager conferred with the Guest House General Manager as to resolution of all of the discrepancies noted. Many of the items noted were resolved shortly after the COR left the premises. The others have been taken care of as expeditiously as possible. A status report follows:

**Comment**                          **Action Taken**

1. *Floors in kitchen dirty*          kitchen staff cleaned floors the same day

**MAILED**  
7-19-04

*COMMAND MANAGEMENT SERVICES, INC.*  
*Contract Management Specialists*  
411 S.W. 2nd Avenue • Suite 200 • Portland, OR 97204-3403 • (503) 224-5600 (tel) • (503) 224-6848 (fax)

| | | |
|---|---|---|
| 2. | *Ceiling tiles broken/dirty* | ceiling tiles replaced as of 7/11 |
| 3. | *Old food in steam tables* | kitchen staff cleaned and sterilized same day |
| 4. | *Empty used cups & drinks on refrigerators* | removed and cleaned same day |
| 5. | *Old dish rags stored on server's table* | removed and table cleaned. Dish rags put in proper storage area. |
| 6. | *Crackers stored on floor under servers table* | Removed and stored properly same day |
| 7. | *Rotten fruit on floor of freezer* | Removed and area cleaned same day |
| 8. | *Dish towels under meat cutting rack* | Dish towels removed and replaced with proper rubber mat. |
| 9. | *Toilet door (kitchen) won't close* | Door replaced on 7/10 |
| 10. | *Dirty tablecloths in dining area* | Removed and replaced with clean ones same day |
| 11. | *Food scraps under dining tables* | Cleaned same day |
| 12. | *Fruit flies everywhere* | Once cleaning was accomplished fruit flies disappeared. |
| 13. | *Grime and bugs on back trays of ovens* | Racks removed, trays removed and ovens given complete cleaning same day |
| 14. | *Old dish rags stored in the grill area* | Dish rags being used as pot holders. New pot holders ordered on 7/10. |
| 15. | *Cover missing on breaker box* | Maintenance staff replaced same day. |

(As a special note, kitchen and staff bathroom walls and ceiling are scheduled for painting beginning on or about 7/12 and completed on 7/26.)

In order to prevent a recurrence of these problems a new dining operations supervisor has been hired. Kitchen and dining staff personnel have been subject to rigorous retraining in proper food preparation and kitchen operations procedures. CMS and the hotel management will continue to monitor this situation closely.

Meanwhile, should you need any additional information, please contact the undersigned at your convenience.

Sincerely,

*[signature]*

T. A. Moore
Executive Vice President

Attachments:    Comments and memos from Guest House GM to ex-kitchen supervisor

June 29, 2004

On June 28, 2004, Lynne Moody call the kitchen and told Pam Williams we were due for our end of the month military inspection and to make sure since we have several slow days that Pam Williams and Celina Rudolph utilize this time to be prepared for a passing inspection. Lynne Moody also stated to Pam Williams that Celina Rudolph wouldn't have very many food orders so she could be doing some cleaning, organizing the walk in coolers and organizing different areas in the kitchen. Pam Williams stated that she was aware and she (Pam Williams) and Celina Rudolph would do so.

On June 29, 2004, Military Inspector came by to inspect The Guest House Inn and received a failing inspection.

Lynne Moody
General Manager

Attach 1

Employee Disciplinary Report

120 Madison Ave       Montgomery Al 36,104
                      334-264-2231

Copy to ___ Employee ___ Other ___
Name _Pam Williams_
ID# ___
Date of Incident _6-16-04_
Divison _22_
Department ___
Time of Incident _P.M. Kitchen shift_

Nature of Incident
___ 1. Unexcused Absence
___ 2. Tardiness
___ 3. Drinking/Drugs
___ 4. Threatening/Violence
___ 5. Dishonesty
___ 6. Lack of Cooperation
___ 7. Failure to follow directions
___ 8. Harassment
___ 9. Leaving without permission
___ 10. Theft
_X_ 11. Substandard work
___ 12. Substandard Housekeeping
___ 13. Report to work under the influence
___ 14. Violation of Safety Rules

___ 15. Carelessness
___ 16. Destruction of company property
___ 17. Improper Conduct
___ 18. Violation of Rules of Conduct
___ 19. Other ___

Facts relating to the Incident  Orders be returned and re-cooked because they were cooked in old grease. You had determined the day before that you would not fry chicken by it yet one day later you were cooking guest food in it. You knew better but took no action to correct the problem. AFR-E Buffet very poor and not being replenished properly. Not following menu plans as set out by General Manager. Cooking times too long due to poor preparation. Serving substandard food to our guest sets a poor example to the rest of the kitchen employees and will not be tolerated. Attitude, leadership, food quality and elsewheres must improve immediately.

Witnesses ___

Employee Comments  I agree with the part regarding the old grease. It just stemmed from not thoroughly thinking things out. We came to agreement regarding off-the-menu cooking and so forth.

Action Taken  _✓_ Warning  _(Suspension)_  ___ Final Warning  ___ Termination
— without pay for 1wk will be next step.

Time table for improvement _✓_ Immediate  ___ 30 days  ___ 60 days  ___ Other

Cosequences for not improving  _✓_ Discipline  ___ Suspension  ___ Termination

Signature of Supervisor ___  Date _6-17-04_

I have read this report
Signature of Employee _Pamela Williams_  Date _6-17-04_

Signature of Human Resources Director ___   GM signature _L Moody_

Attach 2

Page 1

Employee Disciplinary Report

120 Madison Ave        Montgomery Al 36104
                       334-264-2231

Copy to ___Employee ✓ ___Other
Name *Pam Williams*
ID# _____
Date of Incident *5/29/04*
Divison ___22___
Department _____
Time of Incident _____

Nature of Incident
___ 1. Unexcused Absence
___ 2. Tardiness
___ 3. Drinking/Drugs
___ 4. Threatening/Violence
___ 5. Dishonesty
___ 6. Lack of Cooperation
___ 7. Failure to follow directions
___ 8. Harassment
___ 9. Leaving without permission
___ 10. Theft
___ 11. Substandard work
___ 12. Substandard Housekeeping
___ 13. Report to work under the Influence
___ 14. Violation of Safety Rules
___ 15. Carelessness
___ 16. Destruction of company property
___ 17. Improper Conduct
___ 18. Violation of Rules of Conduct
✓ 19. Other *See below*

Facts relating to the incident
1) Poor planning for Banquet function (No desert/mints)
2) No Prep for Breakfast / no biscuits, no eggs / Should have planned to have pancakes instead of waffles.
3) Did not schedule cook for Sunday night.
4) Kitchen wasn't clean after function / dirt, dishes, dirty pans, no lids on pans, didn't sweep or mop, microwave dirty, etc.
5) Old food left in Refrigerator.
6) Cigarette butts in glass left on counter top.

Witnesses _____

Employee Comments _____

Action Taken  ✓ Warning  ___ Suspension  ___ Final Warning  ___ Termination

Time table for improvement  ✓ Immediate  ___ 30 days  ___ 60 days  ___ Other

Consequences for not improving  ___ Discipline  ___ Suspension  ✓ Termination

Signature of Supervisor *Lynne Moody*  Date *5/30/04*
I have read this report
Signature of Employee *Pamela Williams*  Date *6/1/04*

Signature of Human Resources Director _____   GM signature *Lynne Moody*

Attach 3