

**DEPARTMENT OF DEFENSE**
MONTGOMERY MILITARY ENTRANCE PROCESSING STATION
705 MCDONALD, MAXWELL AIR FORCE BASE GUNTER ANNEX
MONTGOMERY, AL 36114-3110

*Montgomery* (signature)

MEMORANDUM FOR Director of Contracting                3 Aug 04
          Attn: ATZK-DCA (Chuck Teague)
          Bldg 1109B, Rm 250
          Fort Knox KY 40121-5000

FROM: Montgomery MEPS

SUBJECT: Contract Number DABK21-03-D-0041

1. Inspection of subject contract was performed for the period 1 – 31 Jul 04 in accordance with the contract's Statement of Work and Surveillance Plan to determine compliance with the performance requirement summary.

    ( ) a. Performance for the month was satisfactory.

    (x) b. Performance for the month was unsatisfactory. Inspection checklist with supporting documentation is enclosed.

    ( ) c. Other remarks. See attached inspection checklists

2. POC is the undersigned at DSN 596-6377, ext. 202; or commercial (334) 416-6377, ext. 202.

                                          TYRONE B. CRAWFORD
                                          SMSgt, USAF
                                          Contracting Officer's Representative

5

| INSPECTION CHECKLIST FOOD SERVICE FACILITY  For use of this form, see USMEPCOM Reg 715-3 | | | | Page 1 of 2 Pages |
|---|---|---|---|---|
| CONTRACT NUMBER  DABK21-03-D-0041 | CONTRACTOR  Guesthouse Inn & Suites Montgomery AL | QAE/COR  Jack Waldon | | DATE  2 Ag 04 |

| ITEM | CONTRACT SPEC NO. | SAT | UNSAT | REMARKS |
|---|---|---|---|---|
| General: Screens | | | | |
| Floors | | | ✓ | floors dirty, old food + utensils on floor |
| Work Areas | | | ✓ | ceiling leaks coffee area & Dry Storage area |
| Serving Areas. | | | | utility room in kitchen dirty with old rags/lumber on floor to hold up storage door |
| Steam Tables | | ✓ | | |
| Proper Utensils | | ✓ | | food behind ice machine old chicken BWP? |
| Food Receptables | | ✓ | • | mold in ice scoop holder ceiling needs paint & repair |
| Dishes | | ✓ | | old fruit leakings under freezer food heat storage areas dirty |
| Tableware | | ✓ | | water dripping in food containers |
| Food Preparation Area: | | | | Expired Tuna salad Date 3/15 Expired Mayo 5/04 dressing uncovered food in Refrigerators no dates on figs in refer |
| Refrigerators | | | ✓ | |
| Freezers | | | ✓ | old food in bottom of Refrigerator paper/old used knife stored in freezer containers |
| Dry Storage Rooms | | | ✓ | shelves dirty/spilled meal & sugar |
| Floors | | | ✓ | dirty/old food in corners & drain |
| Tables, Sink & Racks | | | ✓ | old food in sinks/would not turn off |
| Meat Blocks | | ✓ | | |
| Hand Washing Facilities | | | ✓ | no towels in dish wash Area |
| Toilet Supplies | | ✓ | | |
| Toilet Doors | | | ✓ | Toilet door would not close no lights in toilet |
| Dining Areas: | | | | |
| Tables | | ✓ | | |
| Chairs | | ✓ | | |
| Plate/Trays | | ✓ | | |
| Food/Drink Receptacles | | ✓ | | |
| Tableware | | ✓ | | |
| | | | ✱ | water leaking in the dry storage area hill from pool |

USMEPCOM Form 715-3-6-R-E, 1 Jun 95                                    Previous editions of this form are obsolete

| | | | | Page 2 of 2 Pages |
|---|---|---|---|---|
| INSPECTION CHECKLIST FOOD SERVICE FACILITY | | | | |
| CONTRACT NUMBER | CONTRACTOR | QAE/COR | DATE | |
| DABK21-03-D-0041 | Guesthouse Inn & Suites Montgomery AL | Jack Weldon | 2 Ag 04 | |
| ITEM | CONTRACT SPEC NO. | SAT | UNSAT | REMARKS |
| Dining Areas (continued) | | | | |
| Napkins | | ✓ | | |
| Dispensers | | | ✓ | old ceilg water drippg in coffee serving area |
| Equipment: Dishwashing Equipment | | | ✓ | sink was dirty with old food; water will not turn off. |
| Milk Dispensers | | ✓ | | |
| Stoves/Ovens | | | ✓ | old pot of cooking oil stored in area/old food in bottom of oven |
| Food Containers | | | ✓ | grease & trash on top of ovens food in befridge with no tops |
| Deep Fryers | | | ✓ | old dish rag stuck in bottom area of deep fryer/old grease & food in deep fry area sides of dee. fryer NEED cleaning |
| Grills | | ✓ | | |
| Garbage Containers | | ✓ | | |
| Grease Traps (if applicable) | | ✓ | | |
| Food Transportation Equipment (if applicable) | | N/A | | |
| Employees: Clothing | | ✓ | | |
| Hairnets | | ✓ | | |
| Preemployment Medical Exam | | ✓ | | |
| Fire & Safety: Fire Extinguishers | | ✓ | | |
| Smoke Alarms | | ✓ | | |
| Electrical Wiring/Outlets Fire Hazard | | | ✓ | window kitchen AC unit exposed + dripping water / light switch broken in bathroom |

USMEPCOM Form 716-3-6-R-E, 1 Jun 95

| INSPECTION CHECKLIST LODGING FACILITIES | | | | Page 1 of 2 Pages |
| --- | --- | --- | --- | --- |
| For use of this form, see USMEPCOM Reg 715-3 | | | | |

| CONTRACT NUMBER | CONTRACTOR | QAE/COR | DATE | |
| --- | --- | --- | --- | --- |
| DA3K21-03-D-0041 | Guesthouse Inn & Suites Montgomery AL | SMSgt Tyrone Crawford | 29 Jul 04 | |

| ITEM Guest Rooms: | CONTRACT SPEC NO. | SAT | UNSAT | REMARKS |
| --- | --- | --- | --- | --- |
| Beds | 5.1.3.11.1 | ✓ | | |
| Chairs | 5.1.3.11.2 | ✓ | | |
| Lamps | 5.1.3.11.3 | ✓ | | |
| Dressers/Desks | 5.1.3.10.4 | ✓ | | |
| Mirrors | 5.1.3.10.8 | ✓ | | |
| Bed Side Tables | 5.1.3.11.5 | ✓ | | |
| Draperies/Blinds | 5.1.3.10.6 | ✓ | | |
| T/ Sets | 5.1.3.10.9 | ✓ | | |
| Telephones | 5.1.3.10.10 | ✓ | | |
| Waste Baskets | 5.1.3.10.12 | ✓ | | |
| Sterilized Glasses | 5.1.3.11.5 | ✓ | | |
| Ashtrays | 5.1.3.10.12 | ✓ | | |
| Cloth Hangers | 5.1.3.11.8 | ✓ | | |
| Linen Service | 5.1.1.15 | ✓ | | |
| Heating Cooling Devices | 5.1.3.5 | ✓ | | |
| Bathrooms: Lavatories | 5.1.4.1 | ✓ | | |
| Commodes | 5.1.4.3.3 | ✓ | | |
| Mirrors | 5.1.4.3.4 | ✓ | | |
| Bathtub & Showers | 5.1.4.3.5 | ✓ | | |
| Shower Curtain or Glass Doors | 5.1.4.3.6 | ✓ | | |
| Tub Mat or Safety Strips | 4.1.4.3.7 | ✓ | | |

USMEPCOM Form 715-3-5-R-E, 1 Jun 95          Previous editions of this form are obsolete

| INSPECTION CHECKLIST LODGING FACILITIES | | | | Page 2 of 2 Pages |
|---|---|---|---|---|
| CONTRACT NUMBER<br>DABK21-03-D-0041 | CONTRACTOR<br>Guesthouse Inn & Suites, Montgomery AL | QAE/COR<br>SMSgt Tyrone Crawford | DATE<br>26 Jul 04 | |
| ITEM | CONTRACT SPEC NO. | SAT | UNSAT | REMARKS |
| Bathrooms (continued) | | | | |
| Towels | 5.1.4.3.1 | ✓ | | |
| Waste Baskets | 5.1.4.3.11 | ✓ | | |
| Paper Supplies | 5.1.4.3.8 | ✓ | | |
| Hot Running Water | 5.1.4.2.1 | ✓ | | |
| Custodial/Sanitation: | | | | |
| Guest Rooms | 5.1.1.14 | ✓ | | |
| Bathrooms | 5.1.1.14 | ✓ | | |
| Common Areas | 5.1.1.16 | ✓ | | |
| Fire & Safety: | | | | |
| Fire Extinguisher | 5.1.2.2 | ✓ | | |
| Smoke Alarms | 5.1.2.3 | | ✓ | |
| Electrical Wiring/Outlets Fire Hazard | 5.1.2.5 | ✓ | | |

Rm 402 - OK
Rm 404 - Smoke Detector inop
Rm 502 - OK
Rm 504 - OK
Rm 602 - OK
Rm 604 - OK

USMEPCOM Form 715-3-5-R-E, 1 Jun 95