*correspondence on File*

**GuestHouse**
Inns • Hotels • Suites

**GuestHouse Hotel & Suites**
120 Madison Avenue
Montgomery, AL 36104
Phone: 334.264.2231
Fax: 334.263.3179

February 25, 2005

Command Management Services, Inc.
Attn: Jeff Downes
411 South West 2nd Avenue
Suite 200
Portland, OR 97204

Dear Mr. Downes,

As per our conversation in regards to room renovation and purchase of new mattresses, I would like to list below tentative delivery dates as well as construction dates.

1. 40 Rooms of New Mattresses
   a. Mattresses have been ordered and a tentative delivery date per our supplier would be March 21, 2005.
   b. Once mattresses are delivered to property, old mattresses will be replaced with new in approximately two days.
2. Remove existing wallpaper from walls, seal and paint with textured finish. (40 Rooms)
   a. Work to be contracted – approximate starting date March 7, 2005. Goal – Complete 20 Rooms a month working around occupancy level.
3. New Carpet (40 Rooms)
   a. New carpet to be installed after wall texture complete.

If you have any questions, don't hesitate to call.

Thank You,

*Lynne Moody*
Lynne Moody
General Manager