**Jeff Downes**

**From:** YOHUNAS@aol.com
**Sent:** Thursday, March 03, 2005 5:58 AM
**To:** Bud Kelsoe
**Cc:** Jeff Downes; Mike Houston
**Subject:** RESULTS OF INSPECTION

BUD,

SEE ATTACHMENT

JONAS

6/13/2005

7

Results of Montgomery MEPS Guest Room Inspection

| ROOM | DESCRIPENANCES |
|---|---|
| 504 | Hole in wall<br>Wallpaper in bath room peeling<br>Mattress and pad need replacing<br>Blankets need replacing<br>Room needs deep cleaning |
| 505 | Window crack<br>Mattress and pad need replacing<br>Blanket need replacing<br>Room need deep cleaning |
| 511 | Wallpaper peeling<br>Bed linen need replacing<br>Mattress and Pad need replacing<br>Mildew in room<br>Ceiling falling<br>Screw caps on toilet missing<br>Room need deep cleaning |
| 512 | Drape rod broken<br>wallpaper peeling<br>All bed linen need replacing<br>Mattress and pad need replacing<br>Room need deep cleaning |
| 514 | Bath room sink stained<br>No hot water<br>Shower valve broken<br>Chair seat stained<br>Mattress and pad need replacing<br>Blanket need replacing<br>Room need deep cleaning |
| 515 | Wall paper peeling<br>Bathroom ceiling tile stained<br>Screw caps on toilet missing<br>Picture has water stain<br>Paint peeling above window<br>Mattress and pad need replacing<br>Bed linen need replacing<br>Room need deed cleaning |
| 516 | Bathroom ceiling tile stained<br>Door stopper missing<br>Mattress and pad need replacing<br>Room need deep cleaning |
| 517 | Chair stained<br>Bathroom wallpaper peeling<br>Ceiling appears to be dropping   (continue to next page) |

|     | |
| --- | --- |
|     | Door need painting<br>Mattress and pad need replacing<br>Room needs deep cleaning |
| 521 | Smoke detector need maintenance ( alarm is too low)<br>Pictures has water damage<br>Ceiling needs repair work<br>Ceiling tile stained<br>Room need deep cleaning |
| 524 | Ceiling tile stained<br>Wall paper peeling<br>Emergency evacuation chart missing<br>Mattress and pad need replacing<br>Smoke detector need maintenance (alarm too low)<br>Room needs deep cleaning |
| 525 | Missing coat hangers<br>Wall paper peeling<br>Mattress and pad need replacing<br>Rood need deep cleaning |
| 529 | Ceiling tile<br>Bed linen need replacing<br>Mattress and pad need replacing<br>Room need deep cleaning |
| 531 | Carpet need replacing<br>Shower O ring need replacing<br>Wall paper peeling<br>Missing hangers<br>Rack for iron improperly mounted on wall<br>Smoke detector need maintenance ( alarm too low)<br>Mattress and pad need replacing<br>Room need deep cleaning |
| 533 | Missing hangers<br>Mattress, pad and pillows need replacing<br>Bathroom ceiling tile rust stains on support rails<br>Room need deep cleaning |
| 535 | Wall paper peeling<br>Wall need repair<br>Mattress and pad need replacing<br>Room need deep cleaning |
| 536 | Carpet bad at doorway<br>Missing hangers<br>Ceiling tile stained<br>Caps missing on toilet / wrong lid on tank<br>Room need deep cleaning |
| 610 | Ceiling tile rust on tile support rails<br>Mildew behind wall paper<br>Lamp shade need replacing     (continue to next page) |

|     | |
| --- | --- |
|     | Mattress and pad need replacing |
| 611 | Wall paper peeling <br> Night stand has glue on top need replacing <br> Casing off a/c unit <br> Kleenex holder rusty need replacing <br> Stain on bathroom floor <br> Sink need re-grouting <br> Curtain support un-secured need repair <br> Mattress and pad need replacing <br> Room need deep cleaning |
| 615 | Carpet need stretching <br> Bathtub stained and faucet leaks <br> Ceiling tile support rails has rust need paint or replace <br> Wall paper peeling <br> Mattress and pad need replacing <br> Room need replacing |
| 617 | Carpet need replacing <br> Draped need replacing <br> Wall need repairs <br> Ceiling tile support rails has rust need replacing <br> Mattress and pad need replacing <br> Room need deep cleaning |
| 618 | Ceiling tile support rail has rust need replacing <br> Carpet need stretching <br> Hair dryer loose need re-mounting <br> Mattress and pad need replacing <br> Room need deep cleaning |
| 621 | Wall paper peeling <br> Ceiling tile support rail has rust need replacing <br> Broken draw need replacing <br> Toilet caps missing <br> Mattress and pad need replacing <br> Room need deep cleaning |
| 622 | Rust in bathtub <br> Ceiling tile support trail has rust need paint or replace <br> Wall paper peeling <br> Drapes torn need replacing <br> Mattress, Pad and blanket need replacing <br> Room need deep cleaning |
| 624 | Ceiling tile support rail has rust need paint or replace <br> Wall paper peeling <br> Carpet need stretching <br> Room need deep cleaning |
| 625 | Ceiling tile support rails has rust need paint or replace <br> Wall paper peeling <br> Hole in ceiling           (continue to next page) |

|  | Mattress and pad need replacing<br>Room need deep cleaning |
|---|---|
| 629 | Wall paper peeling \<br>Ceiling tile support rails has rust need paint or replacing<br>Drapes hanging<br>Faucet in bathtub need replacing<br>Mattress and pad need replacing<br>Room need deep cleaning |
| 631 | Wall paper peeling<br>Ceiling tile support rails has rust need paint or replace<br>Drapes stained need replacing<br>Carpet bad in doorway<br>No TV remote<br>Blankets need replacing<br>Room need deep cleaning |
| 633 | Wall paper peeling<br>Screw caps on toilet missing<br>Ceiling tile support rails has rust need paint or replace<br>Drapes need replacing<br>Blankets need replacing<br>Room need deep cleaning |
| Applicant Lounge | Carpet need stretching and repair work near door entry<br>A/C cannot be turned off, run continuously |
| Elevator | Door tracks need cleaning, re-stain elevator door and walls |

Jonas Cloud
Regional Manager