Room Inspection

21 March 05

Rm #412 - Sink Rusty - No TV Remote - Window need Caulking Carpet base Need Gluing - touch up paint door - Carpet is frayed at door entry.

Rm #416 - touch up paint door - carpet base need regluing - Paint on Carpet.

Rm #422 - lock chain missing from door - touch up paint door - No sink Stopper - Clothing rack or shelf need painting - No telephone - No light bulb above night stand carpet needs regluing.

Rm #502 - No telephone - Carpet base need regluing - Wall Cracking - No TV Remote.

Rm #512 - Ceiling Support rods are bent - No Telephone Smoke detector need battery - Picture need cleaning - TV Disconnected

Rm #514 - light cover missing

Rm #515 - Sink Rusty - light Cover missing - kleenex holder rusty Support rails loose - Window needs Caulking - Replace Picture busted Eletrical outlet

8