CONTRACT: **MONTGOMERY**　　　　　　　　HOTEL: Guesthouse Inn

## CMS RESTAURANT FACILITY INSPECTION CHECKLIST

Form by J. D. CMS

Completed on 4-7-05 By Eric Snead
　　　　　　　　　　(Date)　　　　(Name)

| ITEM NUMBER | WAITRESS SERVICE AREA | ITEMIZED COMMENTS | PAGE 1 |
|---|---|---|---|
| ✓ | 1 Coffee Makers | | |
| ✓ | 2 Water Dispenser | | |
| ✓ | 3 Juice Dispenser | | |
| N/A | 4 Soda Dispenser | Table cloth under the | |
| ✓ | 5 Silverware and Dispenser | dispenser's need's | |
| ✓ | 6 Dinnerware and Dispensers | changing daily. | |
| ✓ | 7 Dinnerware and Dispensers | | |
| ✓ | 8 Dinnerware and Dispensers | | |
| ✓ | 9 Dinnerware and Dispensers | | |
| ✓ | 10 Dinnerware and Dispensers | | |
| ✓ | 11 Dinnerware and Dispensers | | |
| ✓ | 12 Dinnerware and Dispensers | | |

| ITEM | DINING AREA | | |
|---|---|---|---|
| ✓ | 13 Carpet/Floor Coverings | | |
| ✓ | 14 Dining Tables | | |
| ✓ | 15 Chairs | Needs replacing. | |
| N/A | 16 Booths/Benches | | |
| ✓ | 17 Lights/Fans | | |
| ✓ | 18 Walls/Ceilings | | |
| N/A | 19 Windows/Screens | | |
| N/A | 20 Window Coverings | | |
| ✓ | 21 Counters/Cabinets | | |
| ✓ | 22 Dispensers/Service Equipment | | |
| ✓ | 23 Condiment Containers | | |
| ✓ | 24 Other Items  by as | | |

| ITEM | DISHWASHER | ITEMIZED COMMENTS | |
|---|---|---|---|
| ✓ | 25 Trash Cans and Lids | | |
| ✓ | 26 Trash Can Dollies | | |
| ✓ | 27 Drain Boards/Shelving | | |
| ✓ | 28 Dishwashing Machine | | |
| ✓ | 29 Final Rinse Temperature | | |
| ✓ | 30 Clean Dishes/Silverware | | |
| ✓ | 31 Dish/Silverware Dispensers | | |
| ✓ | 32 Walls/Floors/Mats | Wall next to flour, sugar, and meal containers | |
| ✓ | 33 Exhaust Hoods/Filters | needs fixing. | |
| ✓ | 34 Chemical Storage Area | Door was open. | |
| ✓ | 35 Other Items  by as | | |

| ITEM | FOOD PREP AREA | ITEMIZED COMMENTS | |
|---|---|---|---|
| ✓ | 36 Ice Machine | Ceil tile across from ice machine needs replacing | |
| ✓ | 37 Coffee Urn and Stand | | |
| ✓ | 38 Dishers/Silverware & Disp. | | |
| ✓ | 39 Hot Serving Lines | | |
| N/A | 40 Salad Bars | | |

FAXED TO: 503-224-3402　　　　INSPECTOR: Eric Snead　　　　DATE: APR 08 2005

Hotel manager informed me that kitchen staff will be working throughout the weekend to make more improvements.

9

CONTRACT : **MONTGOMERY** _____ HOTEL: _____

| ITEM | | DISHWASHER | | ITEMIZED COMMENTS | PAGE 2 |
|---|---|---|---|---|---|
| N/A | 41 | Sandwich Bars | | | |
| ✓ | 42 | Shelving Units | | | |
| ✓ | 43 | Reach-in Refrigerators | | | |
| ✓ | 44 | Reach-in Freezers | | | |
| ✓ | 45 | Exhaust Hoods and Fans | | | |
| ✓ | 36 | Broilers | | | |
| N/A | 47 | | 3 | | |
| ✓ | 48 | Deep Fat Fryers | | Grease in #1 Fryer need's changing. | |
| ✓ | 49 | Ranges | | | |
| ✓ | 50 | Ovens | | Rack's need cleaning. | |
| ✓ | 51 | Stainless Steel Counters | | | |
| ✓ | 52 | Under Counter Storage | | | |
| ✓ | 53 | Work Tables | | | |
| ✓ | 54 | Steam Cookers/Kettles | | | |
| ✓ | 55 | Steam Cooker Bases | | | |
| ✓ | 56 | Walk-in Refrigerators | | | |
| ✓ | 57 | -Doors/Gaskets | | | |
| ✓ | 58 | -Food Covered/off Floor | | | |
| ✓ | 59 | -Thermometers/Temps | | | |
| ✓ | 60 | -Walls and Floors | | | |
| ✓ | 61 | Mixers | | | |
| N/A | 62 | Slicers | | | |
| ✓ | 63 | Food Processors | | Need's cleaning. | |
| ✓ | 64 | Pastry/Bread Racks | | | |
| N/A | 65 | Scales | | | |
| ✓ | 66 | Can Openers | | | |
| ✓ | 67 | Cooks' Knives | | | |
| ✓ | 68 | Cutting Boards/Meat Blocks | | | |
| ✓ | 69 | Ingredient Bins | | | |
| ✓ | 70 | Pots/Pans/Utensils | | | |
| ✓ | 71 | Deep Sinks/Drain Boards | | | |
| ✓ | 72 | Pot and Pan Racks | | | |
| ✓ | 73 | Floors/Drains/Mts | | Floor's look better after the Flood in the Kitchen area. | |
| ✓ | 74 | Walls and Ceilings | | | |
| ✓ | 75 | Lights and Fans | | Light cover hanging. | |
| ✓ | 76 | Fire Extinguishers | | Tag need's replacing. | |
| ✓ | 77 | Chemical Storage | | Door was open. | |
| ✓ | 78 | Dry Food Storage | | | |
| ✓ | 79 | Flamable Items Storage | | Door was open. | |
| ✓ | 80 | Other Items   bugs | | | |

| ITEM | | EMPLOYEES | ITEMIZED COMMENTS | |
|---|---|---|---|---|
| ✓ | 81 | Uniforms | Uniform's needed. | |
| ✓ | 82 | Handwashing Stations | | |
| ✓ | 83 | Employee Restrooms | | |

FAXED TO: 503-224-3402      INSPECTOR _Eric Dread_      DATE **APR 0 8 2005**