May 10, 2005

Montgomery, AL

On May 09, 05, I inspected 30 applicant rooms with the Hotel GM, Lynn Moody, the following discrepancies noted

Room 215: Shower ring loose, need larger tub spout

Room 216: Toilet handle broken, toilet running.

Room 217: Screw cup missing on toilet

Room 224: Screw cup missing on toilet.

Room 226: Grout around toilet in need of repairs, dusty chairs and table, need to repair carpet around A/C unit.

Room 233: Need to repair wallpaper around the tub, screw cups missing on toilet, need to cut strings from new carpet, need to vacuum side of A/C unit.

Room 236: Screw cups missing on toilet.

Room 306: Light switch plate missing a screw.

Room 333: Need to repair carpet around A/C unit.

Room 404: Need to repair carpet around A/C unit.

Room 411: Repair wallpaper on top of shower, repair carpet seam at entrance door where new carpet joins, grout the entire bathroom, need to vacuum the corners of the room better, need to paint the ceiling grids.

Room 415: Cut the strings from new carpet; grout all of bathroom, grout around windows and A/C unit.

Room 416: Screw cups missing on toilet, shower ring loose.

Room 429: screw cups missing on toilet, need to paint bathroom door, repair carpet around A/C unit, glue the base on side of A/C unit, need to vacuum behind the furniture.

10

Room 602: Screw cups missing on toilet. (Newly renovated)

Room 605: The grout around plug needs repairs. (Newly renovated)

Rooms 603 and 604 were also renovated and looked good. No other improvements were made in the applicant rooms since my last visit, the GM stated that the Contractor hired for the job is very slow.

May 10, 2005, I inspected the kitchen with the restaurant Manager at 17: hrs, I noted the following discrepancies.

1. The freezer in the kitchen needs to be defrosted and cleaned at the bottom.
2. Three containers with utensils need to be empty and cleaned.
3. The rich-in refrigerator in the kitchen contains water inside bottom from a leak; this was noted on my last inspection in April.
4. The hot serving line (not being used) needs wiping
5. There was a leak from the ceiling in the kitchen, outside the dry storage area, ceiling tile damaged.
6. A fire extinguisher was used as a door stopper, this also noted on my last inspection.