

# DEPARTMENT OF DEFENSE
MONTGOMERY MILITARY ENTRANCE PROCESSING STATION
705 MCDONALD, MAXWELL AIR FORCE BASE GUNTER ANNEX
MONTGOMERY, AL 36114-3110

MEMORANDUM FOR Director of Contracting                               19 May 05
                      Attn: ATZK-DCA (Chuck Teague)
                      Bldg 1109B, Rm 250
                      Fort Knox KY 40121-5000

FROM: Montgomery MEPS

SUBJECT: Contract Number DABK21-03-D-0041

1. Inspection of subject contract was performed for the period 1 – 31 May 05 in accordance with the contract's Statement of Work and Surveillance Plan to determine compliance with the performance requirement summary.

    ( ) a. Performance for the month was satisfactory.

    ( x ) b. Performance for the month was unsatisfactory. Inspection checklist with supporting documentation is enclosed.

    ( ) c. Performance for the month was marginal. Inspection checklist with supporting documentation is enclosed.

    ( ) d. Other remarks. See attached inspection checklists

2. POC is the undersigned at DSN 596-6377, ext. 202; or commercial (334) 416-6377, ext. 202.

                                                        TYRONE B. CRAWFORD
                                                        CMSgt, USAF
                                                        Contracting Officer's Representative

*[Handwritten note:]* We'll be moving first week of June. Bryan Pomm is there until we move it.

## INSPECTION CHECKLIST LODGING FACILITIES
For use of this form, see USMEPCOM Reg 715-3

Page 1 of 2 Pages

| CONTRACT NUMBER | CONTRACTOR | QAE/COR | DATE |
|---|---|---|---|
| DABK21-03-D-0041 | Guesthouse Inn & Suites Montgomery AL | CMSgt Tyrone Crawford | 11 May 05 |

| ITEM<br>Guest Rooms: | CONTRACT SPEC NO. | SAT | UNSAT | REMARKS |
|---|---|---|---|---|
| Beds | 5.1.3.11.1 | | | |
| Chairs | 5.1.3.11.2 | | | |
| Lamps | 5.1.3.11.3 | | ✓ | |
| Dressers/Desks | 5.1.3.10.4 | | ✓ | |
| Mirrors | 5.1.3.10.6 | | | |
| Bed Side Tables | 5.1.3.11.5 | | | |
| Draperies/Blinds | 5.1.3.10.8 | | | |
| TV Sets | 5.1.3.10.9 | | | |
| Telephones | 5.1.3.10.10 | | | |
| Waste Baskets | 5.1.3.10.12 | | | |
| Sterilized Glasses | 5.1.3.11.5 | | | |
| Ashtrays | 5.1.3.10.12 | | | |
| Cloth Hangers | 5.1.3.11.6 | | | |
| Linen Service | 5.1.1.15 | | ✓ | |
| Heating Cooling Devices | 5.1.3.5 | | ✓ | |
| Bathrooms:<br>  Lavatories | 5.1.4.1 | | ✓ | |
| Commodes | 5.1.4.3.3 | | ✓ | |
| Mirrors | 5.1.4.3.4 | | | |
| Bathtub & Showers | 5.1.4.3.5 | | | |
| Shower Curtain or Glass Doors | 5.1.4.3.6 | | | |
| Tub Mat or Safety Strips | 4.1.4.3.7 | | | |

USMEPCOM Form 715-3-5-R-E, 1 Jun 95          Previous editions of this form are obsolete

| INSPECTION CHECKLIST LODGING FACILITIES | | | | Page 2 of 2 Pages |
|---|---|---|---|---|
| CONTRACT NUMBER<br>DABK21-03-D-0041 | CONTRACTOR<br>Guesthouse Inn & Suites, Montgomery AL | OAE/COR<br>CMSgt Tyrone Crawford | | DATE<br>11 May 05 |

| ITEM | CONTRACT SPEC NO. | SAT | UNSAT | REMARKS |
|---|---|---|---|---|
| Bathrooms (continued) | | | | |
| Towels | 5.1.4.3.1 | | | |
| Waste Baskets | 5.1.4.3.11 | | | |
| Paper Supplies | 5.1.4.3.8 | | | |
| Hot Running Water | 5.1.4.2.1 | | ✓ | |
| Custodial/Sanitation: | | | | |
| Guest Rooms | 5.1.1.14 | | | |
| Bathrooms | 5.1.1.14 | | | |
| Common Areas | 5.1.1.16 | | ✓ | |
| Fire & Safety: | | | | |
| Fire Extinguisher | 5.1.2.2 | | | |
| Smoke Alarms | 5.1.2.3 | | | |
| Electrical Wiring/Outlets Fire Hazard | 5.1.2.5 | | | |

Rm 226 - ok
Rm 216 - A/C cover not secure; dresser with TV unit leaning (room placed off market); sink draining slow (REPEAT VIOLATIONS FROM LAST INSPECTION)
Rm 233 - Toilet handle loose
Rm 333 - Blanket has holes in it; no hot water; carpet around A/C need repairing
Rm 404 - No hot water
Rm 422 - OK
Rm 604 - No hot water

Common area exit light out on 2nd & 3rd floor; ceiling tile missing by ice machine on 3rd floor; dirty dishes on top of drink machine; bag of trash by coke machine on 4th floor; carpet on 6th floor by elevator coming up - could cause someone to trip coming off the elevator.

## INSPECTION CHECKLIST FOOD SERVICE FACILITY
For use of this form, see USMEPCOM Reg 715-3

Page 1 of 2 Pages

| CONTRACT NUMBER | CONTRACTOR | QAE/COR | DATE |
|---|---|---|---|
| DABK21-03-D-0041 | Guesthouse Inn & Suites Montgomery AL | Jack Weldon | 11 May 05 |

| ITEM | CONTRACT SPEC NO. | SAT | UNSAT | REMARKS |
|---|---|---|---|---|
| General: Screens | | | | |
| Floors | 5.2.1.1.3 | | ✓ | Carpet in dining area torn; ceiling in disrepair in dining area |
| Work Areas | 5.2.1.1.4 | | ✓ | Ceiling leak in kitchen |
| Serving Areas: | | | | |
| Steam Tables | 5.2.1.2.4 | | | |
| Proper Utensils | 5.2.1.2.2 | | | |
| Food Receptables | 5.2.1.2.3 | | | |
| Dishes | 5.2.1.2.3 | | | |
| Tableware | 5.2.1.2.3 | | | |
| Food Preparation Area: | | | | |
| Refrigerators | 5.2.1.3.1 | | ✓ | no date on tuna salad; open cheese in fridge; open ground beef |
| Freezers | 5.2.1.3.2 | | ✓ | Food open in freezer; no dates on food |
| Dry Storage Rooms | 5.2.1.3.4 | | ✓ | molded bread; no dates on open bread |
| Floors | 5.2.1.3.5 | | | |
| Tables, Sink & Racks | 5.2.1.3.6 | | ✓ | Dirty dishes in sink; dirty sink water in pale |
| Meat Blocks | 5.2.1.3.7 | | | |
| Hand Washing Facilities | 5.2.1.6 | | | |
| Toilet Supplies | 5.2.1.6 | | | |
| Toilet Doors | 5.2.1.6.5 | | | |
| Dining Areas: | | | | |
| Tables | 5.2.1.5 | | | |
| Chairs | 5.2.1.5 | | | |
| Plate/Trays | 5.2.1.5.3 | | | |
| Food/Drink Recepticles | 5.2.1.5.4 | | | |
| Tableware | 5.2.1.5.4 | | | |

USMEPCOM Form 715-3-6-R-E, 1 Jun 95

Previous editions of this form are obsolete

| INSPECTION CHECKLIST FOOD SERVICE FACILITY | | | | Page 2 of 2 Pages | |
|---|---|---|---|---|---|
| CONTRACT NUMBER DABK21-03-D-0041 | CONTRACTOR Guesthouse Inn & Suites Montgomery AL | | QAE/COR Jack Weldon | | DATE 11 May 2005 |
| ITEM Dining Areas (continued) | CONTRACT SPEC NO. | SAT | UNSAT | REMARKS | |
| Napkins | 5.2.1.5.5 | | | | |
| Dispensers | 5.2.1.7.2.1 | | | | |
| Equipment: Dishwashing Equipment | 5.2.1.7.1 | | ✓ | Dishes left in sink and dishwasher; Dirty sink water in pale under sink | |
| Milk Dispensers | 5.2.1.7.2 | | | | |
| Stoves/Ovens | 5.2.1.7.3.2 | | | | |
| Food Containers | 5.2.1.7.3.4 | | | | |
| Deep Fryers | 5.2.1.7.3.5 | | ✓ | Food and grease in deep fryers with no cover | |
| Grills | 5.2.1.7.3.2 | | ✓ | Cleaning solvent in kitchen area next go grill | |
| Garbage Containers | 5.2.1.7.4 | | | | |
| Grease Traps (if applicable) | 5.2.1.7.4.3 | | | | |
| Food Transportation Equipment (if applicable) | N/A | | | | |
| Employees: Clothing | 5.2.1.8.1.1 | | | | |
| Hairnets | 5.2.1.8.1.2 | | | | |
| Preemployment Medical Exam | 5.2.1.8.1.4 | | | | |
| Fire & Safety: Fire Extinguishers | 5.1.2.2 | | | | |
| Smoke Alarms | 5.1.2.3 | | | | |
| Electrical Wiring/Outlets Fire Hazard | 5.1.2.5 | | | | |

USMEPCOM Form 715-3-6-R-E, 1 Jun 95