# Command Management Services
## Asset Control Sheet

Location: Montgom[ery]



For items no longer present, please indicate disposition.

| Item Description | Model | CMS # | Qty. | Destination / Disposition of Items | Serial # | Cost |
|---|---|---|---|---|---|---|
| US Flag and Base | | 02395 | 1 | | | 179.14 |
| Storage Cabinet | 4 shelves | 01557 | 1 | | | 196.19 |
| Fax Machine | Brother Intelli-Fax 2 | 02373 | 1 | | | 220.00 |
| Hutch | | 01561 | 1 | | | 222.76 |
| TV 27" | Panasonic | 01550 | 1 | | ma20840684 | 241.49 |
| Refrigerator | Frigidaire fru17b2jw | 01559 | 1 | | waz3800676 | 545.00 |
| Desk | | 01558 | 1 | | | 599.50 |
| Computer Table | 7350-96 | 01553 | 1 | | | 638.74 |
| Laptop Computer | ds400L | 01554 | 1 | | 29701116 | 1,039.00 |
| Laptop Computer | ds400L | 01555 | 1 | | 29701115 | 1,039.00 |
| Projection TV | Panasonic pt51hx4 | 01551 | 1 | | my23150018 | 1,683.19 |
| 30 Theater seats | | | 30 | | | 2,156.00 |
| 3 Office chairs | | | 3 | | | 209.97 |
| Alabama Flag | | 01563 | 1 | | | 141.50 |
| America Flag | | 01562 | 1 | | | 141.50 |
| 10 Leather Chairs | w/ottoman Black | 02401-10 | 10 | | | 4,312.10 |
| 27" TV | Magnovox27ms340 | 02384 | 1 | | yaia04050091 1 | 241.99 |
| 2 Tables & 12 Chairs | | 02412/3 | 2 | | | 1,537.80 |
| Flip Top Table | | 02411 | 1 | | | 416.90 |
| Round wrought iron table w/ (4) chairs each | | 02375-7 | 3 | | | 3,296.70 |
| 3-piece Entertainment Center | Broyhill | 02370 | 1 | | | 1,472.90 |
| 2-TV stands $284.90 | | 02371-2 | 2 | | | 569.80 |
| 3 pc Dinette-Bar set | | 02392 | 1 | | | 268.74 |
| 3 pc Dinette-Bar set | | 02393 | 1 | | | 268.74 |
| 7' Banyan Tree | | 02378 | 1 | | | 193.49 |
| 7' Banyan Tree | | 02379 | 1 | | | 193.49 |
| Playstation 2 | seph-39001 | 02369 | 1 | | 46596320 | 199.99 |

## Command Management Services
### Asset Control Sheet

**Location:** Montgomery

For items no longer present, please indicate disposition.

| Item Description | Model | CMS # | Qty. | Destination / Disposition of Items | Serial # | Cost |
|---|---|---|---|---|---|---|
| DVD Player - Sony | DVD-N5325 | 02368 | 1 | | 6049596313 | 109.62 |
| Games | | | 12 | | | 240.00 |
| DVDs | | | 20 | | | 400.00 |
| Black leather chair | | 02424 | 1 | | | 431.67 |
| Black leather chair | | 02426 | 1 | | | 431.67 |
| Black leather chair | | 02423 | 1 | | | 431.67 |
| Black leather chair | | 02427 | 1 | | | 431.67 |
| Black leather chair | | 02430 | 1 | | | 431.67 |
| Black leather chair | | 01581 | 1 | | | 431.67 |
| (4) bar chairs | | 02388-91 | 4 | | | 338.80 |
| (1) tall potted plant (tree) | | 02383 | 1 | | | 109.90 |
| (2) jazz pictures | | 02387 | 2 | | | 179.98 |
| American Flag picture | | 02374 | 1 | | | 89.99 |
| Wall pictures | | | 14 | | | 1,259.86 |
| Floor lamp | | | 4 | | | 38.76 |
| Ivy Baskets | | | 8 | | | 40.00 |
| Accessories in entertainment center | | | 10 | | | 90.00 |
| Playstation 2 | | 02385 | 1 | | | 309.72 |
| CMS sign on wall | | | 1 | | | 57.34 |
| CMS sign on stand | | | 1 | | | |
| | | | | | Total | 28,136.95 |