IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GUESTHOUSE HOTEL & SUITES, INC., )<br>d/b/a GUEST HOUSE INN, )<br>)<br>Plaintiff, )<br>)     2:05-CV-790-B<br>v. )<br>)<br>COMMAND MANAGEMENT SERVICES, INC., )<br>)<br>Defendant/Counter Plaintiff. )<br>) | |

**ORDER ON MOTION**

Upon consideration of Defendant/Counter Plaintiff's *Motion for Admission Pro Hac Vice* (Doc. 6, filed September 19, 2005), it appears that Mark Robert Mann is a member in good standing of the United States District Court, Eastern District of Virginia, and is otherwise eligible to appear *pro hac vice* in this proceeding as counsel of record for Defendant/Counter Plaintiff.

Accordingly, it is **ORDERED** that the Motion is **GRANTED.**

DONE this 26th day of September, 2005.

                                          **/s/ Delores R. Boyd**
                                          DELORES R. BOYD
                                          UNITED STATES MAGISTRATE JUDGE