IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GUESTHOUSE HOTEL & SUITES, INC., d/b/a GUEST HOUSE INN, | ) ) ) |
| Plaintiff, | ) ) ) 2:05-CV-790-B |
| v. | ) ) |
| COMMAND MANAGEMENT SERVICES, INC., | ) ) |
| Defendant/Counter Plaintiff. | ) ) ) |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_9/27/05_
Date

_____
Signature

_Guest House Hotel_
Counsel For (**print** name of all parties)

_P.O. Box 5059, Montgomery, AL 36103_
Address, City, State, Zip Code

_334-263-7733_
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY. PLEASE MAIL IT TO:**

Clerk, U.S. District Court
P. O. Box. 711
Montgomery, AL 36101