RECEIVED

2005 OCT -3 A ⁏ 23

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GUESTHOUSE HOTEL & SUITES, INC., d/b/a GUEST HOUSE INN, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | 2:05-CV-790-B |
| COMMAND MANAGEMENT SERVICES, INC., ) ) ) | |
| Defendant/Counter Plaintiff. ) ) ) | |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

9/25/05
Date

_____
Signature

Command Management Services
Counsel For (**print** name of all parties)

1420 Spring Hill Road Suite 230
Address, City, State, Zip Code
McLean, VA 22102
703-749-0000
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY. PLEASE MAIL IT TO:**

Clerk, U.S. District Court
P. O. Box. 711
Montgomery, AL 36101