# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| GUESTHOUSE HOTEL & SUITES, INC., | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 2:05-cv-790-B |
| COMMAND MANAGEMENT SERVICES, INC., | ) |
|     Defendant. | ) |
| | ) |

## REPORT OF PARTIES' PLANNING MEETING

1. **Appearances.** Pursuant to Fed. R. Civ. P. 26(f), a meeting was held via telephone on October 21, 2005, between the following participants:

   Jay Lewis
   Law Offices of Jay Lewis, LLC
   Attorney for Plaintiff

   Mark R. Mann
   Grayson & Kubli, P.C.
   Attorneys for Defendant

2. **Pre-Discovery Disclosures.** The parties will exchange by November 18, 2005, the information required by Fed. R. Civ. P. 26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

   a. Discovery will be needed on the following subjects:

      1. All information pertaining to Plaintiff's claims, damages and defenses to counterclaim.

      2. All information pertaining to Defendants' defenses to Plaintiff's complaint and claims and damages relating to counterclaim.

   b. All discovery commenced in time to be completed by February 10, 2006.

   c. There will be a maximum of 40 interrogatories by each party to any other party, regardless of capacity. The responses will be due 30 days after service.

    d.    There will be a maximum of 40 requests for production of documents by each party to any other party. The responses will be due 30 days after service.

    e.    There will be a maximum of 30 requests for admission by each party to any other party. Responses will be due 30 days after service.

    f.    The parties agree that no more than 10 depositions may be taken by a party without leave of the court or agreement of the parties. Each deposition is limited to a maximum of 7 hours unless extended by agreement of the parties.

    g.    Reports from retained experts under Rule 26(a)(2) will be due from Plaintiff by December 1, 2005, and from Defendant by January 3, 2006.

    h.    Supplementation of the disclosures under Rule 26(e) will be due within 30 days before the end of the discovery period.

4. **Other items.**

    a.    **Scheduling Conference**
The parties do not request a conference with the court before entry of the scheduling order.

    b.    **Pretrial Conference**
The parties request a pretrial conference in April, 2006.

    c.    **Additional Parties, Claims and Defenses**
The parties must join additional parties and amend the pleadings by November 1, 2005.

    d.    **Dispositive Motions**
All potentially dispositive motions should be filed by January 10, 2006.

    e.    **Settlement**
Settlement and the possibility of mediation cannot be evaluated until some discovery is complete.

    f.    **Trial Evidence**
The final list of witnesses and trial evidence under Rule 26(a)(3) should be due fourteen days before trial. The parties should have 5 days after service to list objections under Rule 26(a)(3).

    g.    **Trial Date**
This case should be ready for trial by May 15, 2006, and at this time is expected to take approximately 2 days of trial time.

Date: October 21, 2005

| | |
|---|---|
| /s/ JAY LEWIS | /s/ MARK R. MANN |
| Jay Lewis | Mark R. Mann |
| ASB-2014-E66J | VA Bar # 66657 (*pro hoc vice*) |
| LAW OFFICES OF JAY LEWIS, LLC | GRAYSON & KUBLI, P.C. |
| P.O. Box 5059 | 1420 Spring Hill Road, Suite 230 |
| Montgomery, AL 36103 | McLean, VA |
| (334) 263-7733 (Voice) | (703) 749-0000 (Voice) |
| (334) 832-4390 (Fax) | (703) 442-8672 (Fax) |
| J-Lewis@JayLewisLaw.com | Mann@graysonlaw.net |
| Attorney for Plaintiff / Counter- Defendant | Attorney for Defendant / Counter-Plaintiff |