## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| GUESTHOUSE HOTEL & SUITES, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. 2:05-cv-790-B |
| COMMAND MANAGEMENT SERVICES, INC., | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COMES NOW Plaintiff, by and through counsel and reports to the Court as follows:

As required by the Court's scheduling order, counsel for Plaintiffs has met and conferred with counsel for the defendant regarding the possibility of settling this case. At this point, it appears that settlement may be possible, and the parties continue to negotiate. The parties have discussed whether mediation will assist them in resolving this case short of trial and, at this time, are favorably disposed to the concept of mediation. The parties believe that they can reach a decision on whether or not to request mediation on or after February 23, 2006.

RESPECTFULLY SUBMITTED this __7__ day of February, 2006.

/s/ JAY LEWIS
JAY LEWIS
P.O. Box 5059
Montgomery, Alabama, 36104
334-263-7733 (voice)
334-263-7733 (fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

1

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing document on the following parties or attorneys by hand delivery or by placing a copy of the same in the United States mail, properly addressed and first-class postage prepaid on this ___7___ day of February, 2006.

Mark R. Mann
Grayson & Kubli, P.C.
1420 Spring Hill Road, Suite 230
McLean, Virginia 22102

OF COUNSEL

2