**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| GUESTHOUSE HOTEL & SUITES, INC., )<br>d/b/a GUESTHOUSE, INC., )<br>  )<br>  Plaintiff/Counter Defendant, )<br>  )<br>v. )<br>  )<br>COMMAND MANAGEMENT )<br>SERVICES, INC., )<br>  )<br>  Defendant/Counter Plaintiff. ) | Civil Action No. 2:05-CV-0790-B |

## NOTICE OF APPEARANCE

The undersigned, Marvin H. Campbell, hereby gives notice of his appearance in the above-styled cause as one of the attorneys for defendant/counter plaintiff, Command Management Services, Inc. Lead attorney for defendant/counter plaintiff shall remain Grayson & Kubli, P.C.

RESPECTFULLY SUBMITTED this 13th day of March, 2006.

                                        s/Marvin H. Campbell
                                        Marvin H. Campbell (CAM0019)
                                        One of the Attorneys for Defendant Command
                                        Management Services, Inc.
                                        P.O. Box 4979
                                        Montgomery, AL  36103-4979
                                        Phone: (334) 263-7591
                                        Fax: (334) 832-9476
                                        E-mail: mhcfirm@aol.com

**CERTIFICATE OF SERVICE**

      I certify that on March 13, 2006, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jay Lewis, Esq.
847 South McDonough Street, Suite 100
Montgomery, AL 36104
J-lewis@jaylewislaw.com


                                    s/Marvin H. Campbell
                                    MARVIN H. CAMPBELL