UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 MAR 14 P 12: 42

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| GUESTHOUSE HOTEL & SUITES, INC., | ) |
| Plaintiff/Counterclaim Defendant, | ) ) ) |
| v. | ) Civil Action No. ) 2:05-CV-0790-B |
| COMMAND MANAGEMENT SERVICES, INC., | ) ) ) |
| Defendant/Counterclaim Plaintiff. | ) ) |

### NOTICE OF APPEARANCE

Please enter the appearance of James A. McMillan, Esq. as counsel for Command Management Services, Inc.

James A. McMillan, Esq. is replacing Mark R. Mann, Esq. as counsel for Command Management Services, Inc.

Respectfully submitted,

_James A. McMillan_
James A. McMillan, Esq.
GRAYSON & KUBLI, P.C.
1420 Spring Hill Road, Suite 230
McLean, Virginia 22102
Phone 703-749-0000
Fax 703-442-8672
Counsel for Command Management Services, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT** on March 13, 2006, I caused to be served a copy of the foregoing via first class U.S Mail, postage prepaid on:

Jay Lewis, Esq.
Law Office of Jay Lewis
847 South McDonough St., Suite 100
Montgomery, Alabama 36104
Counsel for Guesthouse Hotel and Suites, Inc.

_____
James A. McMillan