UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GUESTHOUSE HOTEL & SUITES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | Civil Action No. |
| v. | ) | 2:05-CV-0790-B |
| | ) | |
| COMMAND MANAGEMENT SERVICES, INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

James A. McMillan, Esq., undersigned counsel for Command Management Services, Inc., pursuant to L.R. 83.1(b) moves for admission to practice *pro hac vice* and in support states as follows:

1. I am admitted to practice in the Commonwealth of Virginia (Bar No. 35597) and in the District of Columbia (Bar No. 445255).

2. I am admitted to practice in the United States District Court for the Eastern District of Virginia.

3. I have enclosed a Certificate of Good Standing from the United States District Court for the Eastern District of Virginia, the district in which I reside, and a court in which I regularly practice law.

4. I have enclosed a check in the amount of $20.00 payable to the Clerk of the Court for the Middle District of Alabama.

5. **WHEREFORE**, James A. McMillan, Esq. respectfully moves to be admitted *pro hac vice* to practice before this Court in the above-captioned case.

Respectfully submitted,

*[signature: James A. McMillan]*

James A. McMillan, Esq.
GRAYSON & KUBLI, P.C.
1420 Spring Hill Road, Suite 230
McLean, Virginia 22102
Phone 703-749-0000
Fax 703-442-8672
Counsel for Command Management Services, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT** on March 13, 2006, I caused to be served a copy of the foregoing via first class U.S Mail, postage prepaid on:

Jay Lewis, Esq.
Law Office of Jay Lewis
847 South McDonough St., Suite 100
Montgomery, Alabama 36104
Counsel for Guesthouse Hotel and Suites, Inc.

                                        /s/ James A. McMillan
                                        James A. McMillan

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Eastern      DISTRICT OF      Virginia

**CERTIFICATE OF
GOOD STANDING**

I, **Elizabeth H. Paret**, *Clerk of this Court,*

certify that **James A. McMillan**, *Bar #* 35597,

*was duly admitted to practice in this Court on*

**July 21, 2000**, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at **Alexandria, VA** on **March 7, 2006**.
LOCATION                          DATE

Elizabeth H. Paret
CLERK                                   DEPUTY CLERK