IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GUESTHOUSE HOTEL & SUITES, INC., <br> d/b/a GUEST HOUSE INN, <br><br> Plaintiff, <br><br> v. <br><br> COMMAND MANAGEMENT SERVICES, INC., <br><br> Defendant/Counter Plaintiff. | ) <br> ) <br> ) <br> ) <br> )   2:05-CV-790-DRB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER ON MOTION**

Upon consideration of Defendant/Counter Plaintiff's *Motion for Admission Pro Hac Vice* (Doc. 20, filed March 14, 2006), it appears that James A. McMillan is a member in good standing of the United States District Court, Eastern District of Virginia, and is otherwise eligible to appear *pro hac vice* in this proceeding as counsel of record for Defendant/Counter Plaintiff.

Accordingly, it is **ORDERED** that the Motion is **GRANTED.**

DONE this 16TH day of March, 2006.

    **/s/ Delores R. Boyd**
    DELORES R. BOYD
    UNITED STATES MAGISTRATE JUDGE