UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **GUESTHOUSE HOTEL & SUITES, INC.,** | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 2:05-cv-790-B |
| **COMMAND MANAGEMENT SERVICES, INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## NOTICE OF SETTLEMENT

**COMES NOW** Plaintiff Guesthouse Hotel & Suites, Inc., by and through its attorney of record, and would advise the Court that the parties have settled this matter among themselves. The parties anticipate that they will be able to file a joint stipulation of dismissal within one week of the date of this notice.

Dated this the ___4th___ day of April, 2006.

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
Attorney for Plaintiff
P.O. Box 5059
Montgomery, Alabama, 36104
334-263-7733 (voice)
334-263-7733 (fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

1

## CERTIFICATE OF SERVICE

      I hereby certify that on the __4th__ day of April, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such following to the following:

James A. McMillian
Grayson & Kubli, P.C.
1420 Spring Hill Road, Suite 230
McLean, Virginia 22102

                                       /s/ JAY LEWIS
                                       Jay Lewis
                                       Law Offices of Jay Lewis, LLC
                                       Attorney for Plaintiff
                                       P.O. Box 5059
                                       Montgomery, Alabama, 36104
                                       334-263-7733 (voice)
                                       334-263-7733 (fax)
                                       J-Lewis@JayLewisLaw.com
                                       ASB-2014-E66J