**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

April 6, 2005

# NOTICE OF CORRECTION

FROM:       Clerk's Office

Case Style:  GuestHouse Hotel & Suites, Inc.  v. Command Management

Case No.:   2:05cv790-DRB
            Document 22 Notice Concerning Settlement Conference
               And Mediation

This Notice of Correction was filed in the referenced case this date to STRIKE document # 22.  This is a duplicate of document #16 and was erroneously filed by the e-filer.