UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GUESTHOUSE HOTEL & SUITES, INC. ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | CIVIL ACTION NO. |
| ) | 2:05-CV-790-B |
| COMMAND MANAGEMENT SERVICES, INC., ) | |
| ) | |
|     Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

Guesthouse Hotel & Suites, Inc. ("Guesthouse") and Command Management Services, Inc. ("CMS") (collectively the "Parties"), jointly stipulate and agree that the above-captioned legal action should be dismissed with prejudice. The Parties further stipulate and agree that each party shall bear its own costs and attorney fees.

WHEREFORE, the Parties request that the Court enter an order dismissing the above-captioned legal action with prejudice.

Respectfully submitted,

The Parties by Counsel

/s/James A. McMillan
James A. McMillan, Esq. pro hac vice
GRAYSON & KUBLI, P.C.
1420 Spring Hill Road, Suite 230
McLean, VA 22102
Phone 703-749-0000
Fax 703-442-8672
Virginia State Bar No. 35597

/s/Jay Lewis
JAY LEWIS
ASB-2014-E66J
P.O. Box 5059
Montgomery, Alabama 36104
Phone 334-263-7733
Fax 334-263-7733
E-mail j-lewis@jaylewislaw.com