UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GUESTHOUSE HOTEL & SUITES, INC.  )<br>    Plaintiff,    )<br>                  )<br>    v.             )<br>                  )<br>COMMAND MANAGEMENT SERVICES, INC.,  )<br>                  )<br>    **Defendant.**       ) | CIVIL ACTION NO.<br>2:05-CV-790-B |

### ORDER OF DISMISSAL

Pursuant to the parties' Joint Stipulation Of Dismissal (Doc. 25, April 7, 2006), it is

**ORDERED** that the above-captioned action be, and is hereby, dismissed with prejudice, and that each Party to the above-captioned action shall bear its own attorney fees and costs.

The final pretrial conference set at 10:30 a.m. on April 13, 2006, is hereby CANCELLED, and this action is removed from the scheduled jury trial term.

DONE and ORDERED this 10th day of April, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE